UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12-22022-CIV-KING

ADRIAN VASQUEZ, *et al.*

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD. d/b/a
PRINCESS CRUISES, a foreign corporation

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on Plaintiffs FERNANDO OSORIO AND DENIA IVETH RODRIGUEZ-VISSUETTE, as Personal Representatives of the Estate of Fernando Osorio Rodriguez and the Defendant PRINCESS CRUISE LINES, LTD's Stipulation for Dismissal with Prejudice, as all matters in dispute between these parties only have been amicably resolved and the Court having accepted the Stipulation, it is hereby;

ORDERED AND ADJUDGED that the claims of the Plaintiffs FERNANDO OSORIO AND DENIA IVETH RODRIGUEZ-VISSUETTE, as Personal Representatives of the Estate of Fernando Osorio Rodriguez against the Defendant PRINCESS CRUISE LINES, LTD's be and the same are hereby Dismissed With Prejudice, each party to bear its own attorneys fees and costs. This order shall not affect the claims of any other parties.

DONE AD ORDERED in Chambers at Miami-Dade County, Florida this 24 day of _____Apr_____, 2013.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

cc: Counsel of record